

ATTORNEYS & COUNSELORS - AT - LAW

**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 124-04 Metropolitan Avenue Kew Gardens, New York 11415

August 16, 2019

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2019
```

**VIA ECF**
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

## MEMO ENDORSED

Re:   *Dennis v. Stitch Industries Inc.*; Case No. 1:19-cv-06677-RA

To the Honorable Judge Abrams,

   The undersigned represents Plaintiff Derrick U. Dennis (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

   Defendant's time to respond to the Complaint is currently due on August 20, 2019.

   It is now August 16, 2019, and defense counsel still has not appeared on behalf of said defendant. Plaintiff respectfully requests that the meet and confer, as per the Court's July 22, 2019 Order and Notice of Initial Conference (Docket No. 5), be adjourned to 30 days following defendant's appearance.

Application granted.
SO ORDERED.

_____
Hon. Ronnie Abrams
8/20/2019

Respectfully submitted,

By: _____
Jonathan Shalom, Esq.