```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/12/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK U. DENNIS, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

v.

STITCH INDUSTRIES INC.,

Defendant.

19-CV-06677 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff served Defendant on July 30, 2019, and Defendant appeared on August 19, 2019. The Court granted Defendant three extensions of time to respond to the Complaint. *See* Dkt. 10, 13, 15. Defendant's most recent deadline to respond to the Complaint was October 28, 2019. Defendant has not filed any response. No later than November 19, Plaintiff shall inform the Court whether he intends to move for default judgment.

The initial pretrial conference scheduled for November 15, 2019 is hereby adjourned *sine die*.

SO ORDERED.

Dated: November 12, 2019
New York, NY

Ronnie Abrams
United States District Judge